IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J. MICHAEL CONSIDINE, JR, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-7263 |
| | : | |
| v. | : | |
| | : | |
| JONATHAN J. JAGODINSKI, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 21st day of January, 2015, after considering the plaintiff's unopposed motion to continue the trial date and for an extension of certain deadlines in the court's November 4, 2014 scheduling order (Doc. No. 57), it is hereby **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion to continue the trial date is **DENIED**; and

2. The motion to amend the court's November 4, 2014 scheduling order is **GRANTED** and the scheduling order is **AMENDED** as follows:

   a. The plaintiff shall have until **January 29, 2015** to file a dispositive motion;

   b. The defendant shall have until **February 12, 2015** to file a response to any dispositive motion filed by the plaintiff;

   c. The plaintiff shall have until **February 12, 2015** to respond to the defendant's motion for summary judgment (Doc. No. 55); and

d.  In all other respects, the court's November 4, 2014 scheduling order remains in full force and effect.

BY THE COURT:

_____
EDWARD G. SMITH, J.